UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDINA BINOSHAJ,

        Plaintiff,

-against-

COSTCO WHOLESALE CORPORATION,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2025
```

24 Civ. 7086 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated April 10, 2025, the Court scheduled a case management conference for June 16, 2025, and directed the parties to file a joint status report not later than one week in advance of the conference. ECF No. 18 ¶¶ 15–16. That report is now overdue. Accordingly, the case management conference scheduled for June 16 is ADJOURNED to **June 23, 2025**, at **1:00 p.m.** By **June 16, 2025**, the parties shall submit a joint status report explaining (1) whether either party anticipates filing a motion for summary judgment, (2) whether the parties believe that this matter should be referred for mediation or settlement, and (3) what issues the parties intend to raise, if any, at the upcoming conference.

    SO ORDERED.

Dated: June 10, 2025
       New York, New York

                                      ANALISA TORRES
                                United States District Judge