UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDINA BINOSHAJ,

                Plaintiff,

-v-

COSTCO WHOLESALE CORPORATION,

                Defendant.

CIVIL ACTION NO. 24 Civ. 7086 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, July 2, 2025, (the "Conference") it is ORDERED that on or before **July 18, 2025** the parties shall (i) meet and confer regarding the status of their settlement discussions and (ii) file a joint letter setting forth dates in August and September 2025 for counsel and a representative with settlement authority for each party to appear for a settlement conference with the undersigned conducted by video.

Plaintiff did not appear at the Conference and Plaintiff's counsel has not filed a notice of appearance or otherwise submitted their contact information to the Court. On or before **July 18, 2025,** Plaintiff's counsel shall file a notice of appearance containing their contact information.

Dated:      New York, New York
             July 2, 2025

                                      SO ORDERED.

                                      SARAH L. CAVE
                                      United States Magistrate Judge