UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDINA BINOSHAJ,

                Plaintiff,

    -v-

COSTCO WHOLESALE CORPORATION,

                Defendant.

CIVIL ACTION NO. 24 Civ. 7086 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On or before July 18, 2025, the parties were required to file a joint letter setting forth dates in August and September 2025 for counsel and a representative with settlement authority for each party to appear for a settlement conference with the undersigned conducted by video, and Plaintiff's counsel was required to file a notice of appearance containing their contact information. The parties have not filed a joint letter, nor has Plaintiff's counsel filed a notice of appearance.

As a one-time courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** the deadline for the parties to file the joint letter and for Plaintiff's counsel to file a notice of appearance containing their contact information up to and including **Friday, July 25, 2025**.

Dated:      New York, New York
            July 21, 2025

                        SO ORDERED.

                        _____
                        SARAH L. CAVE
                        United States Magistrate Judge