UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDINA BINOSHAJ,

                Plaintiff,

-v-

COSTCO WHOLESALE CORPORATION,

                Defendant.

CIVIL ACTION NO. 24 Civ. 7086 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 23, Plaintiff's counsel was required to file a notice of appearance (the "Notice") containing his contact information by July 18, 2025. (Dkt. No. 23). On July 21, 2025, Plaintiff's counsel having not filed the Notice, the Court sua sponte extended Plaintiff's deadline to file the Notice up to and including July 25, 2025. (Dkt. No. 24). On July 25, 2025, Defendant's counsel filed a letter at Dkt. No. 25 attaching the Notice as a courtesy because Plaintiff's counsel was having technical difficulties filing it. (Dkt. Nos. 25; 25-1). Defendant's counsel indicated that Plaintiff's counsel "will be filing a notice of appearance for this matter" and "a copy of [the Notice attached at Dkt. No. 25-1] will be hand-delivered by counsel next week." (Dkt. No. 25 at 1). To date, Plaintiff's counsel has neither filed the Notice nor has the Court otherwise received it. On or before **September 12, 2025**, Plaintiff's counsel shall file the required Notice.

Dated:     New York, New York
             September 10, 2025

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**