UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDINA BINOSHAJ,

               Plaintiff,

-v-

COSTCO WHOLESALE CORPORATION,

               Defendant.

CIVIL ACTION NO. 24 Civ. 7086 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on October 1, 2025, the parties shall file a joint letter setting forth (i) whether Plaintiff has received the information regarding the Medicaid lien (the "Lien Information") and (ii) the status of the parties' settlement discussions, by **October 15, 2025**, and **every two weeks thereafter** until Plaintiff receives the Lien Information.

Further, the Court notes that Plaintiff's counsel has not yet filed a Notice of Appearance (the "Notice") despite three Orders directing him to do so. (See Dkt. Nos. 23; 24; 29). The Court reminds Plaintiff's counsel to file the Notice as soon as possible. In an abundance of caution, on or before **October 6, 2025**, Defendant's counsel shall email a copy of this Order to Plaintiff's counsel.

Dated:    New York, New York
           October 1, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge