UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDINA BINOSHAJ,

           Plaintiff,

-v-

COSTCO WHOLESALE CORPORATION,

           Defendant.

CIVIL ACTION NO. 24 Civ. 7086 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 30, the parties were required to file a joint letter setting forth (i) whether Plaintiff has received the information regarding the Medicaid lien (the "Lien Information") and (ii) the status of the parties' settlement discussions, by October 15, 2025, and every two weeks thereafter until Plaintiff receives the Lien Information. (Dkt. No. 30). The parties filed their first joint letter on October 15, 2025 advising Plaintiff has not yet received the Lien Information (Dkt. No. 32), making their second joint letter due on October 29, 2025 (the "Second Joint Letter"). (See Dkt. No. 30). To date, the parties have not filed the Second Joint Letter. As a one-time courtesy, we sua sponte **EXTEND** the parties' deadline to file the Second Joint Letter up to and including **November 6, 2025**, and every two weeks thereafter until Plaintiff receives the Lien Information.

Dated:    New York, New York
          October 30, 2025         SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge