UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDINA BINOSHAJ,

                Plaintiff,

    -v-

COSTCO WHOLESALE CORPORATION,

                Defendant.

CIVIL ACTION NO. 24 Civ. 7086 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 30, the parties were required to file a joint letter (the "Letter") setting forth (i) whether Plaintiff has received the information regarding the Medicaid lien (the "Lien Information") and (ii) the status of the parties' settlement discussions, by October 15, 2025, and every two weeks thereafter until Plaintiff receives the Lien Information. (Dkt. No. 30). The parties filed Letters on October 15, 2025, November 6, 2025 (after a sua sponte extension), November 19, 2025, December 3, 2025, and December 18, 2025. (Dkt. Nos. 32–37). The parties' latest Letter was due on January 2, 2026. To date, the parties have not filed their latest Letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the Letter up to and including **January 12, 2026**, and **every two weeks thereafter** until Plaintiff receives the Lien Information.

Dated:     New York, New York
           January 5, 2026           SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge