UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDINA BINOSHAJ,

                    Plaintiff,

    -v-

                        CIVIL ACTION NO. 24 Civ. 7086 (AT) (SLC)

COSTCO WHOLESALE CORPORATION,                  **ORDER**

                  Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on March 2, 2026, the parties shall file by **March 9, 2026**, a joint letter setting forth (i) the status of the parties' settlement discussions, and (ii) whether the parties seek another settlement conference with the Court or instead plan to proceed to dispositive motions and/or trial.

Dated:     New York, New York
           March 2, 2026

                        SO ORDERED.

                        SARAH L. CAVE
                        **United States Magistrate Judge**