

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

**Erica A. Agbokou**
Associate
eagbokou@connellfoley.com

April 20, 2026

> The parties' request at Dkt. No. 48 is **GRANTED**.  The deadline for the parties to file the Stipulation of Dismissal is **EXTENDED** to **May 5, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 48.
>
> SO ORDERED.    April 21, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ELECTRONIC FILING**
Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **Rudina Binoshaj v. Costco Wholesale Corporation**
          **Docket No.: 1:24-cv-07086-AT**

Dear Judge Cave:

This office represents Defendant, Costco Wholesale Corporation ("Costco"), in connection with the above-referenced matter. The parties submit this letter jointly, pursuant to the Court's March 23, 2026 Order.

The parties write to advise the Court that the parties have been working on the necessary documentation but need more time to file the Stipulation of Dismissal as directed by the Court. The parties respectfully request an extension of two weeks to file the Stipulation of Dismissal.

Your Honor's consideration of this matter is appreciated.

Respectfully Submitted,

Erica A. Agbokou, Esq.

CC:    **VIA ECF:**
          Eric F. Popkin, Esq.
          Law Offices of Eric F. Popkin
          *Attorneys for Plaintiff*
          Rudina Binoshaj