UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDINA BINOSHAJ,

               Plaintiff,

  -v-

COSTCO WHOLESALE CORPORATION,

               Defendant.

CIVIL ACTION NO. 24 Civ. 7086 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 23, 2026, the parties notified the Court that they "have reached a settlement in this matter." (Dkt. No. 46). On the same day, the Court ordered the parties to file a Stipulation of Dismissal ("SoD") by April 22, 2026. (Dkt. No. 47). On April 21, 2026, at the parties' request, the Court extended the deadline for the parties to file the SoD to May 5, 2026. (Dkt. No. 49). To date, however, the parties have not filed the SoD. As a final courtesy, the Court <u>sua</u> <u>sponte</u> **EXTENDS** the parties' deadline to file the SoD to **May 14, 2026**. The Court notes that this is the last extension it will grant.

Dated:     New York, New York
           May 7, 2026              SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge